# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **NO:  SA:17-CR-00113(1)-FB** |
| | § | |
| | § | |
| **(1) Daniel Odell** | § | |

## ORDER RELEASING DEFENDANT

As per Court Order entered on January 11, 2018, the Court found the defendant **NOT GUILTY** by Reason of Insanity; defendant was then Ordered to participate in a Mental Health Evaluation for determination of dangerousness.  At the proceedings held on the 6th day of June, 2018, the Court Ordered that the defendant be placed on **Three (3) years of Supervised Probation** and determined that the defendant should immediately be released from Marshal custody and report to the United States Probation Office.

It is, therefore,

**ORDERED** the United States Marshals Service immediately release the defendant from custody,  if there are no pending detainers as to this defendant.

IT IS SO **ORDERED** THIS 6th day of June, 2018

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE